# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 3:14-cv-03981-PGS-TJB

JOHN DOE, subscriber assigned IP address 74.105.3.188,

    Defendant,

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 74.105.3.188. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 10, 2014

                                                      Respectfully submitted,

                                                      By:    /s/ *Patrick J. Cerillo*
                                                      Patrick J. Cerillo
                                                      pjcerillolaw@comcast.net
                                                      4 Walter Foran Blvd., Suite 402
                                                      Flemington, NJ 08822
                                                      Telephone: (908) 284-0997
                                                      Facsimile: (908) 284-0915
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

Dated: November 10, 2014                        By:  /s/ *Patrick J. Cerillo*     
                                                                   Patrick J. Cerillo