## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOE, subscriber assigned IP address
74.105.3.188,

       Defendant,

Civil Action No. 3:14-cv-03981-PGS-TJB

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 74.105.3.188. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 10, 2014

Respectfully submitted,

SO ORDERED: _____

DATED: __11/10/14__

By: ___/s/ Patrick J. Cerillo___
Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Telephone: (908) 284-0997
Facsimile: (908) 284-0915
*Attorney for Plaintiff*

1